IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv144

| | |
|---|---|
| **JUDSON REIMER LEGON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| **CAROLYN W. COLVIN,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court are Plaintiff's Motions for Extension of Time [# 9, #10, # 11]. Based on the compelling circumstances set forth by the Plaintiff, the Court **GRANTS** the motions [# 9, # 10, # 11]. Plaintiff shall have until November 4, 2013, to file a Motion for Summary Judgment. The Commissioner shall have sixty (60) days from the filing of Plaintiff's motion to file her Motion for Summary Judgment.

Signed: October 18, 2013

Dennis L. Howell
United States Magistrate Judge

-1-